HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
PABLO MUNOZ-CALIXTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:25-cr-00116-JAM |
|---|---|
| Plaintiff, | ) |
|  | ) **FIRST STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE AND** |
|  | ) **EXCLUDE TIME** |
| PABLO MUNOZ-CALIXTO, | ) |
|  | ) Date: February 5, 2025 |
| Defendant. | ) Time: 9:00 A.M. |
|  | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Kimberly A. Sanchez, through Assistant United States Attorney Zulkar Khan, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Munoz-Calixto, that the **status conference**, currently set for August 05, 2025, may be **continued** to **September 09, 2025, at 09:00 a.m.**, with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. Munoz-Calixto's initial appearance and arraignment on the indictment took place earlier this month, on July 03, 2025. Dkt. 01, 06.

2. On July 11, 2025, undersigned defense counsel received 175 items of discovery from the government.

3. Undersigned defense counsel will be departing her current office at the end of this

week, and this case will be reassigned within the Federal Defender's Office. Defense counsel represents that she requires additional time to review the discovery, conduct legal research, analyze immigration defenses and consequences, consider pretrial motions, conduct defense investigation, consult with their client, explore potential resolutions, and otherwise prepare for trial. Counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Munoz-Calixto in a speedy trial, and respectfully request the Court so to find. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between August 05, 2025 and September 09, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Munoz-Calixto in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

*The remainder of this page is intentionally blank. Signature blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 28, 2025 | /s/ Christina Sinha<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>PABLO MUNOZ-CALIXTO |
| Date: July 28, 2025 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney |
|   | /s/ Zulkar Khan<br>ZULKAR KHAN<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 29, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE