1  HEATHER E. WILLIAMS, Bar # 122664
   Federal Defender
2  801 I Street, 3rd Floor
   Sacramento, CA  95814
3  Telephone: 916.498.5700
   heather_williams@fd.org
4
   Attorney for Defendant
5  PABLO MUÑOZ-CALIXTO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) Case Nº:2:25-cr-00116-JAM
   |                              )
11 |         Plaintiff,            ) **SECOND STIPULATION AND**
   |                              ) **ORDER TO CONTINUE STATUS**
12 |    vs.                       ) **CONFERENCE AND EXCLUDE TIME**
   |                              )
13 | PABLO MUÑOZ-CALIXTO,         ) DATE: September 9, 2025
   |                              ) TIME: 9:00 a.m.
14 |         Defendant.            ) COURT: Hon. John A. Mendez
   |                              )
15 |                              )

16                         **STIPULATION**

17     IT IS HEREBY STIPULATED and agreed by and between the Plaintiff

18 United States of America, by its counsel United States Attorney Eric Grant,

19 through Assistant United States Attorney Zulkar Khan, and Defendant Pablo

20 Muñoz-Calixto, by his counsel Federal Defender Heather E. Williams, that the

21 Status Conference currently set for September 9, 2025, be continued to

22 November 18, 2025, with time excluded, as follows:

23     1. Defense counsel took over this case on August 6, 2025 (Dkt. 12).

24     2. Defense counsel needs time to examine and advise her client

25        regarding immigration issues; review the discovery; investigate the

26        case and client's history; order records; conduct legal research;

27        explore potential resolutions; and otherwise prepare for trial.

28        Defense counsel believes that failure to grant the requested

continuance would deny her the reasonable time necessary for effective preparation, considering her exercise of due diligence.

3. The government joins in the request for a continuance on this basis.

4. Therefore, the parties stipulate the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Muñoz-Calixto in a speedy trial and respectfully request the Court so to find.

5. In computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request the time between September 9, 2025 and November 18, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because

    a. it would result from a continuance granted by the Court at the defense's request, and

    b. is based on a finding that the ends of justice served by granting the continuance outweigh the best interests of the public and Mr. Muñoz-Calixto in a speedy trial.

6. Nothing in this Stipulation and Order precludes finding other provisions of the Speedy Trial Act dictate additional time periods

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

Dated:  August 29, 2025

        ERIC GRANT
        United States Attorney

By:  */s/ ZULKAR KHAN*
     ZULKAR KHAN
     Assistant United States Attorney

Dated:  August 29, 2025

        HEATHER E. WILLIAMS
        Federal Defender

By:  */s/ HEATHER E. WILLIAMS*
     HEATHER E. WILLIAMS
     Counsel for Defendant
     PABLO MUÑOZ-CALIXTO

**ORDER**

Based on the stipulation of the parties, the September 09, 2025 Status Conference is **VACATED** and **RESET** for **November 18, 2025 at 9:00 a.m.**, before Senior District Judge John A. Mendez.

The time between September 9, 2025 and November 18, 2025 (inclusive) is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

September 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE