1  HEATHER E. WILLIAMS, Bar # 122664
   Federal Defender
2  801 I Street, 3rd Floor
   Sacramento, CA  95814
3  Telephone: 916.498.5700
   heather_williams@fd.org
4
   Attorney for Defendant
5  PABLO MUÑOZ-CALIXTO

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) Case №:2:25-cr-00116-JAM
   |                                     )
11 |         Plaintiff,                  ) **STIPULATION AND ORDER TO**
   |                                     ) **CONTINUE CHANGE OF PLEA**
12 |    vs.                              ) **HEARING AND EXCLUDE TIME**
   |                                     )
13 | PABLO MUÑOZ-CALIXTO,                ) DATE: October 21, 2025
   |                                     ) TIME: 9:00 a.m.
14 |         Defendant.                  ) COURT: Hon. John A. Mendez
   |                                     )
15 |                                     )

16                        **STIPULATION**

17       IT IS HEREBY STIPULATED and agreed by and between the Plaintiff

18  United States of America, by its counsel United States Attorney Eric Grant,

19  through Assistant United States Attorney Zulkar Khan, and Defendant Pablo

20  Muñoz-Calixto, by his counsel Federal Defender Heather E. Williams, that the

21  Change of Plea hearing currently set for October 21, 2025, be continued to

22  November 18, 2025, with time excluded, as follows:

23       1. Parties have a plea agreement but the *Factual Basis* may be

24          incorrect as to a prior conviction.  More time is needed to review

25          the prior case records to ensure the *Factual* Basis is correct.

26       2. In Docket 16's *Order* continuing an status conference from

27          September 9, 2025 to November 18, 2025 for further status

28          conference, this court ordered that time be excluded between

            September 9, 2025 and November 18, 2025 (inclusive) pursuant to

18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act) and specifically 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because

    a. it resulted from a continuance granted by the Court at the defense's request, and

    b. was based on a finding that the ends of justice served by granting the continuance outweigh the best interests of the public and Mr. Muñoz-Calixto in a speedy trial.

3. Nothing in this Stipulation and Order precludes finding other provisions of the Speedy Trial Act dictate additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2025

ERIC GRANT
United States Attorney

By: */s/ ZULKAR KHAN*
ZULKAR KHAN
Assistant United States Attorney

Dated:  October 17, 2025

HEATHER E. WILLIAMS
Federal Defender

By: */s/ HEATHER E. WILLIAMS*
HEATHER E. WILLIAMS
Counsel for Defendant
PABLO MUÑOZ-CALIXTO

## ORDER

Upon stipulation of the parties and finding good cause appearing to continue the October 21, 2025 **Change of Plea Hearing** in this matter is VACATED and RESET for **Tuesday, November 18, 2025, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

The time between September 9, 2025 and November 18, 2025 (inclusive) remains excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Dated: October 17, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE